UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SARA THIELWISEMILLER, | ) | 3:14-cv-00064-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | June 6, 2014 |
| | ) | |
| FREDDIE EDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> Katie Lynn Ogden </u>   REPORTER:  <u>          FTR          </u>

COUNSEL FOR PLAINTIFFS:  <u> None Appearing                        </u>

COUNSEL FOR DEFENDANTS:  <u> Brian M. McMahon, Esq.              </u>

**MINUTES OF PROCEEDINGS: Status Conference**

10:06 a.m.  Court convenes.

The court notes for the record that plaintiff Sara Thielwisemiller is not present for the hearing albeit the court directed Plaintiff to appear in person or otherwise receive permission to appear telephonically for today's hearing (Doc. # 23).

Plaintiff has further failed to respond to the court's order (Doc. # 23), which directed Ms. Thielwisemiller to file a memorandum of points and authorities on or before May 29, 2014, explaining why this court's exercise of jurisdiction concerning the subject matter of this case or *in personam* jurisdiction over the Defendants would be reasonable.  Additionally, in two separate order's (Doc. # 15 and # 23) the court directed Plaintiff to verify her physical place of residence in the State of Nevada and provide the court verification of her correct mailing address; Plaintiff has failed to do either.  The court notes for the record that Ms. Thielwisemiller called the Clerk's Office and had verified her correct mailing address as PO Box 768, Verdi NV 89439, but has yet to submit in writing the correct mailing address.

The court turns to address Defendants' "Special Appearance Motion to Quash Service: Fed. R. Civ. P. 4" (Doc. # 9).  Good cause appearing, Defendants' motion is **GRANTED**.  The putative service against Freddie Eder and Floridis Eder is hereby **QUASHED**.

MINUTES OF PROCEEDINGS
3:14-cv-00064-MMD-WGC
Date: June 6, 2014
Page 2

      Also pending before the court is Plaintiff's "Request for Entry of Default" as to the Hernandez Defendants (Doc. # 18), which the court deferred ruling to allow Plaintiff the opportunity to further brief the motion (Doc. # 23).[1]  To date, Plaintiff has failed to submit additional briefing.  In view of the Plaintiff's failure to further brief the issue or attend today's hearing, Plaintiff's "Request for Entry of Default" as to the Hernandez Defendants (Doc. # 18) is **DENIED**.

      The court briefly discusses the options available to the court to move forward with this case, including dismissal or transfer of venue.  The court elects to transfer this matter to the District of Hawaii.  An order transferring venue of this matter will be entered forthwith.

**IT IS SO ORDERED.**

10:15 a.m.  Court adjourns.

                                                                   LANCE S. WILSON, CLERK

                                            By:           /s/         
                                                 Katie Lynn Ogden, Deputy Clerk

---

[1]  The court denied Plaintiff's "Request for Entry of Default" as to the Eder Defendants in its May 6, 2014, order (Doc. # 23).