1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9   SARA THIELWISEMILLER,                    Case No. 3:14-cv-00064-MMD-VPC

10                              Plaintiff,
                                             ORDER ACCEPTING AND ADOPTING IN
11       v.                                  PART REPORT AND
                                             RECOMMENDATION OF MAGISTRATE
12  FREDDIE EDER, et al.,                    JUDGE WILLIAM G. COBB

                                Defendants.
13

14

15          Before this Court is the Report and Recommendation of United States Magistrate

16  Judge William G. Cobb ("R&R") entered on June 23, 2104. (Dkt. no. 31.) Plaintiff had

17  until July 10, 2014, to object to the R&R. No objection was filed.

18          This Court "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  Where a party fails

20  to object, however, the court is not required to conduct "any review at all . . . of any issue

21  that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

22  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

23  magistrate judge's report and recommendation where no objections have been filed. *See*

24  *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

25  of review employed by the district court when reviewing a report and recommendation to

26  which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

27  1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

28  view that district courts are not required to review "any issue that is not the subject of an

1   objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

2   the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

3   Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

4   which no objection was filed).

5        Nevertheless, this Court has conducted a *de novo* review of the record in this

6   case and determines that the R&R of the Magistrate Judge should be accepted and

7   adopted in part. The Court accepts and adopts the R&R regarding dismissal of this case

8   but determines it should be dismissed without prejudice.

9        It is therefore ordered that this case is dismissed without prejudice.  The Clerk is

10  directed to close this case.

11       DATED THIS 30th day of October 2014.

12

13  _____

14  MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28